UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GS HOLISTIC, LLC

PLAINTIFF(S)

CASE NUMBER
2:22–cv–14369–AMC

v.

PSL SMOKE & VAPE SHOP, et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**NAJI FELLOWES**
**PSL RETAIL CORP**

as of course, on the date February 10, 2023.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Collette Quinones*
Deputy Clerk

cc:  Judge Aileen M. Cannon
     PSL SMOKE & VAPE SHOP

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)