UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14369-CIV-CANNON

**GS HOLISTIC, LLC**,

    Plaintiff,

v.

**PSL RETAIL CORP, et al.**,

    Defendants.

_____/

## ORDER VACATING CLERK'S DEFAULT

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Clerk's Entry of Default [ECF No. 13] and Clerk's Entry of Default [ECF No. 14], both filed on February 10, 2023. Plaintiff's Motion sought an entry of Clerk's default as to Defendant NAJI FELLOWES and PSL RETAIL CORP (the "Defendants"). Plaintiff served the Defendants and January 18, 2023 [ECF Nos. 11, 12], which ordinarily would require Defendants to respond to the Complaint on or before February 8, 2023, which Defendants did not do. However, the Court's Combined Response Order, entered on November 1, 2022, states that "no Defendant shall file a response or answer until all Defendants in this action have been served" [ECF No. 6 p. 1]. Plaintiff has yet to serve Defendant AGYEMANG ATTA YOSEPH FELLOWES, and Plaintiff's deadline to do so is not until March 23, 2023 [ECF Nos. 11, 12]. Thus, Defendants NAJI FELLOWES and PSL RETAIL CORP are not required to respond to the Complaint until all Defendants have been served. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** as follows:

1. The Clerk's Entry of Default as to Defendants NAJI FELLOWES and PSL RETAIL CORP [ECF No. 14] is **VACATED**.

2. "After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond" [ECF No. 6].

3. Plaintiff's deadline to serve and file a notice of completion of service on AGYEMANG ATTA YOSEPH FELLOWES remains March 28, 2023 [ECF No. 12].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 13th day of February 2022.

                                        **AILEEN M. CANNON**
                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

        **PSL RETAIL CORP**
        10008 South Federal Highway
        Port St. Lucie, Florida 34952
        PRO SE

        **NAJI FELLOWES**
        10008 South Federal Highway
        Port St. Lucie, Florida 34952
        PRO SE