IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:22-cv-14369-AMC

GS HOLISTIC, LLC,

        Plaintiff,

vs.

PSL RETAIL CORP d/b/a PSL SMOKE &
VAPE SHOP, AGYEMANG ATTA
YOSEPH FELLOWES, NAJI FELLOWES,
and JULIO GARCIA,

        Defendants.
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
JOINT SCHEDULING REPORT AND PROPOSED SCHEDULING ORDER**

    The Plaintiff, GS Holistic, LLC, by and through its undersigned counsel, hereby moves this Court for an extension of time to file its Joint Scheduling Report and Proposed Scheduling Order, and in support thereof states as follows:

    1.    On June 15, 2023, the Court ordered the parties to file and sign a Joint Scheduling Report by June 29, 2023 [DE 26].

    2.    The parties are engaged in settlement discussions and the Plaintiff anticipates that settlement will occur shortly.

    3.    Therefore, the Plaintiff is requesting an additional 20 days to complete and file the Report, if necessary.

    4.    No party would be prejudiced by the extension of time, and the Plaintiff makes this motion in good faith.

    WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion, enter an Order granting the Plaintiff an extension of time of 20 days to file its Joint Scheduling Report and

Proposed Scheduling Order, and grant any further relief that this Court may deem just and proper.

**Certificate Of Conferral Pursuant to Local Rule 7.1(a)(3)**

The movant conferred with opposing counsel in a good faith attempt to resolve the issues in this Motion through a meaningful conference. Opposing counsel does not oppose the relief sought in the Motion.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 29, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

*/s/ Gabrielle Alexa Penalta*
Gabrielle Alexa Penalta
Fla Bar #301796
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Serv600@LegalBrains.com
Telephone: 954-570-6757
*Attorney for the Plaintiff*